**Richard M. FELDMAN, an individual; et al., Plaintiffs—Appellants,**

v.

**Fran MAINELLA, in her official capacity as the Director of the National Park Service; et al., Defendants—Appellees.**

No. 05–56581.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 13, 2006.*

Decided Feb. 15, 2006.

Yano L. Rubinstein, Esq., Rubinstein Law Group, San Francisco, CA, for Plaintiffs–Appellants.

---

Todd S. Aagaard, Esq., DOJ–U.S. Department of Justice, Washington, DC, Jonathan B. Klinck, Esq., USLA–Office of the U.S. Attorney, Los Angeles, CA, Scott Birkey, Esq., Andrew B. Sabey, Esq., Morrison & Foerster, LLP, Walnut Creek, CA, for Defendants–Appellees.

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

MEMORANDUM **

This preliminary injunction appeal comes to us for review under Ninth Circuit Rule 3–3. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

We subject a district court's order regarding preliminary injunctive relief to only limited review. *Walczak v. EPL Prolong, Inc.,* 198 F.3d 725, 730 (9th Cir.1999). Our review of an order regarding a preliminary injunction "is much more limited than review of an order involving a permanent injunction, where all conclusions of law are freely reviewable." *Id.* A decision regarding a preliminary injunction is reviewed for abuse of discretion, which occurs only if the district court based its decision on either an erroneous legal standard or clearly erroneous factual findings. *Id.*

The district court did not abuse its discretion here. *See Martin v. Int'l Olympic Comm.,* 740 F.2d 670, 674–75 (9th Cir. 1984). We therefore affirm the district court's order denying plaintiffs' motion for a preliminary injunction. Our disposition

---

* The panel unanimously finds this case suitable for decision without oral argument and therefore denies appellants' request for oral argument. *See* Fed. R.App. P. 34(a)(2).

will affect the rights of the parties only until the district court renders final judgment. *Sports Form, Inc. v. United Press International*, 686 F.2d 750, 752 (9th Cir. 1982).

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.